■ In the Matter of FERNANDO PANDO et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. [672 NYS2d 710] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on April 10, 1997, unanimously affirmed for the reasons stated by Lebedeff, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Rubin and Williams, JJ.

■ 54 FEATHERCO INC., Respondent, v SANDRA CORREA, Respondent, and LOURDES MAISONET, Appellant. [673 NYS2d 658] —Order of the Appellate Term of the Supreme Court, First Department, entered July 28, 1997, which affirmed a judgment of Civil Court, Bronx County (Pierre Turner, J.), entered December 4, 1995, after a nonjury trial, awarding possession of the subject apartment to petitioner landlord, unanimously affirmed, without costs.

A fair interpretation of the evidence supports the finding that respondent-appellant was not a nontraditional family member of respondent tenant entitled to succeed to the latter's rights to the subject rent-stabilized apartment. A contrary finding is not required by appellant's testimony, uncorroborated by any documentary evidence, describing her 10-year relationship with the tenant as one involving the sharing of household expenses and activities, traveling and celebrating holidays and birthdays together and holding themselves out as a couple, or the ambiguous letter from the tenant describing appellant as her "lover" and expressing her wish that appellant retain possession of the apartment, or the testimony of acquaintances that the two women lived together and were a couple (*see*, *GSL Enters. v Lopez*, 239 AD2d 122). We have considered appellant's other arguments and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Rubin and Williams, JJ.